UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO A. BRAN,<br>　　　　Petitioner,<br>　v.<br>C. KOEING,<br>　　　　Respondent. | Case No. 18-cv-02288-EMC<br><br>**ORDER EXTENDING DEADLINES AND DENYING COUNSEL**<br><br>Docket Nos. 13, 14 |

Respondent's request for an extension of the deadline to file an answer to the petition for writ of habeas corpus is **GRANTED**. Docket No. 13. The Court now sets the following new briefing schedule: Respondent must file and serve his answer no later than **August 31, 2018**. Petitioner must file and serve his traverse no later than **September 28, 2018**.

Petitioner has filed a motion for appointment of counsel to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. Petitioner has been able to articulate his claim adequately and there appears to be a low likelihood of success on that claim. As explained in the order to show cause, although Petitioner faults counsel for failing to advise him not to sign the plea offer without knowing first whether or not the plea would be treated as an *Alford* plea (i.e., a plea in which the defendant takes the position that he is not guilty), documents attached to

the petition indicate that, before Petitioner entered his guilty plea, defense counsel had received the district attorney's unequivocal refusal to offer an *Alford* plea. *See* Docket No. 5 at 2-3. For these reasons, Petitioner's request for appointment of counsel is **DENIED**. Docket No. 14.

**IT IS SO ORDERED**.

Dated: July 13, 2018

EDWARD M. CHEN
United States District Judge